IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DOHERTY, JR., | : | 1:10-cv-812 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF YORK, *et al.*, | : | Hon. John E. Jones III |
| Defendants. | : | |

# **O R D E R**

**October 28, 2010**

The Motion to Dismiss of Defendants Houseal, Wolfe, and Keppel (Doc. 36) is **DISMISSED** as **MOOT** in view of the joint Stipulation of Dismissal filed by the Plaintiff and these Defendants on October 27, 2010. (Doc. 53).

s/ John E. Jones III
JOHN E. JONES III
United States District Judge

1